# United States District Court
## Southern District of Georgia

EDWIN SCHEIDE on behalf of himself and all others similarly situated
_____
Plaintiff

v.  TMX FINANCE CORPORATE SERVICES, INC.,
_____
Defendant

Case No.  4:23-cv-00129-RSB-CLR

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  11th  day of  May , 2023 .

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  David A. Goodwin

Business Address:  GUSTAFSON GLUEK PLLC
Firm/Business Name

Canadian Pacific Plaza, 120 South 6th Street, Suite 2600
Street Address

| Street Address (con't) | Minneapolis | MN | 55402 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (612) 333-8844 |  | 386715 |  |
| Telephone Number (w/ area code) | | Minnesota Bar Number | |

Email Address:  dgoodwin@gustafsongluek.com